STATE OF NEW JERSEY v. ALLAN SPIELBERG.

October 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE ANTONIO CRUZ.

October 16, 1984.

Petition for certification denied.

ARTHUR S. ALESSI v. BITUMINOUS CASUALTY COMPANY.

October 16, 1984.

Petition for certification denied.

NEW JERSEY MANUFACTURERS INSURANCE CO. v.
LUCILLE CRANE BLAU.

October 16, 1984.

It is ORDERED that the petition for certification is granted and summarily remanded to the Appellate Division to consider its' remand to the Division of Workers Compensation in light of *Young v. Western Electric*, 96 *N.J.* 220 (1984). Jurisdiction is not retained. (See 194 *N.J.Super.* 27)